WR-82,850-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/12/2015 4:47:37 PM
Accepted 2/13/2015 9:00:15 AM
ABEL ACOSTA
CLERK

**CAUSE NO. WR-82,850-01 and WR-82,850-02**

**IN THE COURT OF CRIMINAL APPEALS**
**FOR THE STATE OF TEXAS**
**AT AUSTIN**

RECEIVED
COURT OF CRIMINAL APPEALS
2/13/12015
ABEL ACOSTA, CLERK

_____

**ON APPEAL FROM**
**APPLICATION FOR A WRIT OF HABEAS CORPUS**
**CAUSE NOs. W08-71994-V(A) and W11-00273-V(A)**
**292nd DISTRICT COURT**
**DALLAS COUNTY, TEXAS**

_____

**ANTHONY JOHNSON**
**APPLICANT,**

**V.**

**STATE OF TEXAS,**
**APPELLEE**

_____

**MOTION FOR EXTENSION OF TIME TO FILE**
**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

_____

**BRUCE ANTON**
**STATE BAR NO. 01274700**

**SORRELS UDASHEN & ANTON**
**2311 Cedar Springs #250**
**Dallas, Texas 75201**
**214/468-8100**
**214/468-8104 (fax)**
**ba@sualaw.com**

COMES NOW, Bruce Anton, counsel for Applicant, Anthony Johnson, in this cause, and moves this court to issue an extension of time to file his findings of fact and conclusions of law, and in support thereof would show the court as follows:

I.

This writ of habeas corpus is currently pending in the 292nd District Court of Dallas County, Texas. An evidentiary hearing was held on January 8, 2015 and counsel is waiting for the records to be completed. Once the records are available, counsel proposes to submit findings of fact and conclusions of law in regard to Applicant's claim that he was denied to be present at the beginning of trial, denied a public trial and received ineffective assistance of counsel at trial and that which it deems relevant and appropriate to the disposition of Applicant's claim for habeas corpus relief.

II.

Counsel is diligently pursuing this matter, however, an additional 60 days is required to complete the findings.

III.

No previous extensions have been requested in this matter.

IV.

The facts relied upon to show good cause for this request for extension are recited above.

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney requests this court to grant an extension of time of 60 days to file findings of fact and conclusions of law.

RESPECTFULLY SUBMITTED,

/s/   Bruce Anton
**BRUCE ANTON**
STATE BAR NO. 01274700

SORRELS UDASHEN & ANTON
2311 Cedar Springs #250
Dallas, Texas 75201
214/468-8100
214/468-8104 (fax)
ba@sualaw.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Appellant's motion for extension to file findings of fact and conclusions of law was delivered via U.S. Mail to Dallas County District Attorney's Office, 133 N. Riverfront, Dallas, Texas 75207 on the 12th day of February, 2015.

/s/   Bruce Anton
**BRUCE ANTON**